# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **JOSE RAMIREZ COTA** | **CIVIL DOCKET NO. 6:25-cv-01984** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SCOTT LADWIG, ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Before the Court is a MOTION FOR TEMPORARY RESTRAINING ORDER (the "Motion") filed by the Petitioner, Jose Ramirez Cota (hereinafter, "Petitioner"). [Doc. 3]. Because the preliminary relief sought—release from detention or a court-ordered bond hearing—mirrors the ultimate relief sought in the habeas Petition [Doc. 1], and because the arguments for both are the same, the Motion is DENIED.

Accordingly,

The case will proceed in due course as a petition for habeas relief.

THUS, DONE AND SIGNED in Chambers on this 22nd day of December 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE